```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEORGIANA J. ALLEN,

                  **Plaintiff,**                  17-CV-00764 (SN)

    -against-                        **ORDER OF DISMISSAL**

A.R.E.B.A.-CASRIEL, INC., STEPHEN YOHAY,
and WARREN ZYSMAN,

                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties notified the Court that they had reached a settlement in principle on April 28, 2017. ECF No. 19. On May 11, 2017, the parties consented to my jurisdiction for all purposes under 28 U.S.C. § 636(c). ECF No. 21. On May 22, 2017, the parties filed the settlement agreement for my review. ECF No. 25.

    Having reviewed the proposed settlement under the standard set forth in <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015), the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice.

    The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 25.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    May 23, 2017
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2017